IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM THOMPSON, and          )
DANIEL SCHULZ,                 )
                               )      04 C 8224
          Plaintiffs,          )
                               )      Judge Darrah
     v                         )
                               )      Magistrate Judge Nolan
SALVATORE SPINELLI; and        )
OXFORD MANAGEMENT              )
SERVICES, INC.,                )
                               )
          Defendants           )

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1), the parties hereby stipulate for dismissal of each

plaintiffs' claims with prejudice, without costs. The claims of the putative class members are

dismissed without prejudice.


/s/Alexander H. Burke
Counsel for Plaintiff

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Alexander H. Burke
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

Counsel for Defendant

Richard P. Darke
DUANE MORRIS LLP
227 W. Monroe St., Ste. 3400
Chicago, Illinois 60606
(312) 499-6700
(312) 499-6701 (Fax)

1

### CERTIFICATE OF SERVICE

I, Alexander H. Burke, hereby certify that on February 22, 2006, I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which in turn sent notice of such filing to the following: John T. Schriver, jtschriver@duanemorris.com; Richard P. Darke, rpdarke@duanemorris.com.


                                        s/ Alexander H. Burke
                                          Alexander H. Burke
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
120 S. LaSalle, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
aburke@edcombs.com

2